IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GARCIA ORNELAS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN D. ADAMS,<br><br>　　　　Respondent.<br>_____ | No. C 09-0344 MMC (PR)<br><br>**ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME**<br><br>**(Docket No. 6)** |

　　　　GOOD CAUSE APPEARING, respondent's motion for an extension of time to file a response to the petition is hereby GRANTED.  Respondent shall file his response to the petition no later than **January 8, 2010**.  Within **thirty** days of the date such response is filed, petitioner shall file with the Court and serve on respondent a responsive pleading thereto.  If respondent files a motion to dismiss, respondent shall file a reply to petitioner's opposition within **fifteen** days of the date such opposition is filed.

　　　　This order terminates Docket No. 6.

　　　　IT IS SO ORDERED.

DATED: November 13, 2009

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　United States District Judge