IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GARCIA ORNELAS,<br>    Petitioner,<br>  v.<br>WARDEN D. ADAMS,<br>    Respondent.<br>_____ | No. C 09-0344 MMC (PR)<br>**ORDER GRANTING RESPONDENT'S SECOND REQUEST FOR EXTENSION OF TIME**<br>**(Docket No. 8)** |

Good cause appearing, respondent's request for an extension of time to file a response to the petition is hereby GRANTED. Respondent shall file his response to the petition no later than **February 8, 2010**. Within **thirty** days of the date such response is filed, petitioner shall file with the Court and serve on respondent a responsive pleading thereto. If respondent files a motion to dismiss, respondent <u>shall</u> file a reply to petitioner's opposition within **fifteen** days of the date such opposition is filed.

This order terminates Docket No. 8.

IT IS SO ORDERED.

DATED: January 13, 2010

_____
MAXINE M. CHESNEY
United States District Judge