1

2

3

4

5

6

7

8

9        IN THE UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   DANIEL GARCIA ORNELAS,          )   No. C 09-0344 MMC (PR)
                                      )
13              Petitioner,           )   **ORDER GRANTING PETITIONER'S**
                                      )   **REQUESTS TO WITHDRAW**
14      v.                            )   **PREVIOUSLY FILED TRAVERSE**
                                      )   **AND FOR EXTENSION OF TIME TO**
15   WARDEN D. ADAMS,                 )   **FILE NEW TRAVERSE;**
                                      )   **DIRECTIONS TO CLERK**
16              Respondent.           )
     _____  )   **(Docket Nos. 14, 15, 16)**

17

18        On March 7, 2010, petitioner, a California prisoner proceeding pro se, filed a traverse

19   to respondent's answer to the above-titled petition for a writ of habeas corpus.  Petitioner

20   now moves to withdraw said traverse, on the ground that petitioner, who states he is not

21   fluent in the English language, relied on an inmate paralegal to assist him with preparation of

22   the traverse, but the paralegal failed to adequately address therein the matters raised in the

23   answer.  Consequently, petitioner disavows the traverse and seeks a sixty-day extension of

24   time to file a new traverse.

25        GOOD CAUSE APPEARING, petitioner's requests to withdraw his previously filed

26   traverse and for an extension of time to file a new traverse are hereby GRANTED.  The

27   Clerk is directed to STRIKE the traverse filed February 26, 2010 (Docket No. 13), from the

28

**United States District Court**
For the Northern District of California

docket.  Within **sixty** days of the date this order is filed, petitioner shall file with the court and serve on respondent a new traverse to the answer.  The petition will be deemed submitted for review on the date the traverse is due.

This order terminates Docket Nos. 14, 15 and 16.

IT IS SO ORDERED.

DATED: October 22, 2010

MAXINE M. CHESNEY
United States District Judge