IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL GARCIA ORNELAS,

        Petitioner,

  v.

CONNIE GIPSON, Warden,

        Respondent.
                               /

No. CV-09-0344 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

The petition for a writ of habeas corpus is hereby DENIED, and a certificate of appealability is hereby DENIED.

Dated: March 29, 2012                                Richard W. Wieking, Clerk

                                                            By: Tracy Lucero
                                                            Deputy Clerk