IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GARCIA ORNELAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CONNIE GIPSON, Warden,<br><br>　　　　Respondent.<br>_____ | No. C 09-0344 MMC (PR)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY**<br><br>**(Docket No. 24)** |

　　Petitioner's request for a certificate of appealability is DENIED for the reasons stated at page 18 of the Order Denying Petition for Writ of Habeas Corpus. (Docket No. 21.) The Clerk shall forward this order to the United States Court of Appeals for the Ninth Circuit, from which petitioner may also seek a certificate of appealability. See <u>United States v. Asrar</u>, 116 F.3d 1268, 1270 n.2 (9th Cir. 1997).

　　This order terminates Docket No. 24.

　　IT IS SO ORDERED.

DATED: May 7, 2012

_____
MAXINE M. CHESNEY
United States District Judge