IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GARCIA ORNELAS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>CONNIE GIPSON, Warden,<br><br>　　　　Respondent.<br>_____ | No. C 09-0344 MMC (PR)<br><br>**ORDER DENYING RENEWED REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL; DENYING HEARING ON STATUS TO PROCEED IN FORMA PAUPERIS ON APPEAL; DIRECTIONS TO CLERK**<br><br>**(Docket Nos. 32, 33)** |

　　　　Petitioner's renewed request to proceed in forma pauperis on appeal and application for "en banc hearing on status to proceed in forma pauperis" are, for the reasons stated in the Court's order of June 5, 2012, hereby DENIED.

　　　　The Clerk is hereby DIRECTED to send a copy of the instant order to petitioner and to the Ninth Circuit Court of Appeals, wherein petitioner may renew his requests. See Fed. R. App. P. 24(a). Petitioner must send all matters that are directed to the Court of Appeals to that court, and not to this court.

　　　　This order terminates Docket Numbers 32 and 33.

　　　　IT IS SO ORDERED.

DATED: July 20, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge